# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

# CIVIL MINUTES

**Case No.:** CV 05-1252-PA

**Date of Proceeding:** November 30, 2005

**Case Title:** Sherman v. Reilly

**Presiding Judge:** Owen M. Panner

**Courtroom Deputy:** Deborah DesJardins (503-326-8291)
**Court Reporter:** Dennis Grube

**DOCKET ENTRY:**
Record of hearing: respondents' motion to dismiss or hold litigation in abeyance (#9) is denied. Respondents are to file a response brief on the merits of the petition by December 16, 2005. Petitioner may file a reply brief by December 30, 2005. Hearing set for January 12, 2006, at 1:30 p.m.

## PETITIONER'S COUNSEL

Christine Dahl

## RESPONDENTS' COUNSEL

Ken Bauman

cc: { } All counsel
    { } Chambers

**DOCUMENT NO:** _____

Civil Minutes

Honorable Owen M. Panner